**Robert Andrew BARTLETT, Sr., Plaintiff–Appellant,**

v.

**Mario MOORE, Prisoner; Richard Frye, Sheriff; Todd Davis, Captain; Mark Dodson, Sergeant, Defendants–Appellees.**

No. 03–6118.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 31, 2003.

Robert Andrew Bartlett, Sr., Appellant Pro Se. David Iverson Smith, Alamance

 

County Attorney's Office, Graham, North Carolina, for Appellees.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Andrew Bartlett, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bartlett v. Moore,* No. CA–00–482–1 (M.D.N.C. Dec. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*